IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN GRIGALONIS, | : | No. 4:07-CV-1583 |
| Plaintiff, | : | (Judge Jones) |
| v. | : | (Magistrate Judge Smyser) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | : | |
| Defendant. | : | |

# MEMORANDUM

## April 7, 2008

### THE BACKGROUND OF THIS MEMORANDUM IS AS FOLLOWS:

On April 1, 2008, Magistrate Judge J. Andrew Smyser ("Magistrate Judge Smyser" or "the Magistrate Judge") filed a Report (doc. 11) recommending that the Commissioner's unopposed Motion to Remand (doc. 10) be granted. In light of the unopposed nature of the Motion, we see no reason to delay disposition of the Motion until the deadline for filing Objections to the Report passes.[1] Rather, we will accept the Magistrate Judge's Report in its entirety and grant the Motion.

An appropriate Order shall issue.

---

[1] If we are in error, the aggrieved party is free to file a Motion for Reconsideration.